**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                           Case No. **10-01792 BKT**

**Medina Santiago, Jose Luis & Santiago Ortiz, Shamika**       Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **3/17/2010**
☐ PRE ☐ POST-CONFIRMATION             Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **211.00** x **60** = $ **12,660.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **12,660.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **12,660.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Operating Partners C**    Cr. _____    Cr. _____
# **0412**             # _____             # _____
$ **7,000.00**       $ _____         $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Operating Partners C**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,750.00**

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**ANY POST-PETITION INCOME TAX REFUND THAT DEBTORS RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THE PLAN AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING, OR COURT ORDER. THE PLAN SHALL BE DEEMED MODIFIED BY INCREMENTS TO ITS BASE IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.**

Signed: **/s/ Jose Luis Medina Santiago**
Debtor

**/s/ Shamika Santiago Ortiz**
Joint Debtor

Attorney for Debtor **Luna Law Offices**            Phone: **(787) 731-4437**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only